BEFORE THE SECOND DIVISION, JUNE 4, 1948

**No. 52365.**—H. H. Schmidt Glove Co. *v.* United States, protests 844591–G, etc. (New York).

Opinion by TILSON, J. It was stipulated that the merchandise is the same in all material respects as the gloves which were the subject of *United States* v. *Julius Kayser & Co.* (33 C. C. P. A. 179, C. A. D. 333). The claim of the plaintiff was therefore sustained.

**No. 52366.**—St. George Textile Corp. et al. *v.* United States, protests 512072–G, etc. (New York).

Opinion by TILSON, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.